**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ROSE MUNOZ, | CASE NO. CV 19-7681-AS |
|        Plaintiff, | |
|   v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
|        Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.


DATED:   September 10, 2020


                                            _____/s/_____
                                              ALKA SAGAR
                   UNITED STATES MAGISTRATE JUDGE